UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BRADFORD,

     Plaintiff,                                Case No. 19-cv-10395
                                             Hon. Matthew F. Leitman

v.

COUNTY OF OAKLAND, *et al.*,

     Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FOR SPOLIATION OF EVIDENCE (ECF No. 21)

On January 17, 2020, Plaintiff John Bradford filed a Motion for Default Judgment Against Defendants for Spoliation of Evidence, or in the Alternative, a Mandatory Non-Rebuttable Adverse Inference Jury Instruction (ECF No. 21).  The Court held an on-the-record video hearing on Bradford's motion on June 30, 2020.  Bradford's motion is **DENIED** for the reasons stated on the record.  The denial of Bradford's request for an adverse inference instruction is **WITHOUT PREJUDICE**, and Bradford may request such an instruction at the close of proofs.

**IT IS SO ORDERED**.

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  June 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764